UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

           Plaintiff,          24-cv-451 (JGK)

    - against -           ORDER

695 9 AVENUE HOUSING DEVELOPMENT
FUND CORP., ET AL.,

           Defendants.

    On April 26, 2024, the Court extended the time for the defendants to respond to the complaint to May 10, 2024. ECF No. 25. The plaintiff served a copy of the Court's Order on the defendants and filed proof of service on the docket on May 1, 2024. ECF No. 26. To date, no answer or response as been filed.

    The time for the defendants to move or answer is extended for a final time to **May 28, 2024.** The defendants are again advised that the failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    If the defendants fail to answer or respond to the complaint by May 28, 2024, the plaintiff should file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **June 4, 2024.**

SO ORDERED.

Dated:   New York, New York
          May 14, 2024

                                            John G. Koeltl
                                      United States District Judge