```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
SAMUEL LOPEZ,                                    24-cv-451 (JGK)

                    Plaintiff,                   ORDER

        - against -

695 9 AVENUE HOUSING DEVELOPMENT
FUND CORP., ET AL.,

                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 11, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **May 29, 2024**

                                          /s/ John G. Koeltl
                                             **John G. Koeltl**
                                        **United States District Judge**