UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL LOPEZ,

                Plaintiff,

  - against -

695 9 AVENUE HOUSING DEVELOPMENT
FUND CORP., ET AL.,

                Defendants.

24-cv-451 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the parties to file a Rule 26(f) report is extended to **June 25, 2024**.

SO ORDERED.

Dated:    New York, New York
          June 14, 2024

                                      John G. Koeltl
                                United States District Judge