UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SAMUEL LOPEZ,

                      Plaintiff(s)                                    24 civ 451 (JGK)

                -against-                                 ORDER OF DISCONTINUANCE

695 9 AVENUE HOUSING DEVELOPMENT FUND CORP.,
                            Defendant(s).
----------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action, It is, on this **17th** day of **June,** 2024, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

**Any application to reopen must be filed within thirty (30) days of this order; any application to reopen filed thereafter may be denied solely on that basis**. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

SO ORDERED.

                                                                   JOHN G. KOELTL
                                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 17, 2024

Law Office of Jennifer E. Tucek, P.C.
315 Madison Avenue, Suite 3054
New York, New York 10017
TucekLaw@Gmail.com
(917) 669-6991

June 17, 2024

Via ECF
Honorable John G. Koeltl
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

Re: Lopez v. 695 9 Avenue Housing Dev. Fund et al. / Case No. 24-cv-0451 (JGK)

Dear Judge Koeltl:

I represent the Plaintiff Samuel Lopez in the above-referenced case. I am writing to advise the court that this matter has settled in principle, and the parties are in the process of executing a final settlement agreement. I will be filing a Stipulation of Dismissal within 30 days. As such, the parties respectfully request that all dates be adjourned. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek
Jennifer E. Tucek
Attorney for Plaintiff